# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARY O'BRIEN, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS USA, INC. and SEARS HOLDING CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. 10-cv-3733-DMC-JAD<br><br><br>**ORDER GRANTING PRO HAC VICE ADMISSION OF THEODORE R. SCARBOROUGH** |

This matter having been brought before this Court by Kenneth R. Meyer, Esq. of the firm of Porzio, Bromberg & Newman, P.C., attorneys for Defendants LG Electronics USA, Inc. and Sears Holding Corporation for an Order permitting Theodore R. Scarborough, Esq., of Sidley Austin, LLP, One South Dearborn, Chicago, IL 60603 to appear and participate *pro hac vice* in the above-captioned matter, plaintiff's counsel consented, and the Court having considered the submitted papers, and for good cause having been shown pursuant to *L. Civ. R.* 101.1(c),

**IT IS** on this 3RD day of December, 2010,

**ORDERED** that Theodore R. Scarborough, Esq., a member in good-standing of the Bar of the State of Illinois, is permitted to appear *pro hac vice* in the above-captioned matter on behalf of Plaintiff pursuant to *L. Civ. R.* 101.1(c) of the United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall continue to be signed by Kenneth R. Meyer, Esq., attorney of record for Defendants, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly

1419534

excused by the Court, and who will be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order;

**ORDERED** that Theodore R. Scarborough, Esq. shall notify this Court immediately of any matter affecting his standing at the bar of any other court;

**ORDERED** that Theodore R. Scarborough, Esq. shall abide by Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of *L. Civ. R.* 103.1, Judicial Ethics and Professional Responsibility, and *L. Civ. R.* 104.1, Discipline of Attorneys;

**ORDERED** that Theodore R. Scarborough, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in payment of the fee for admission *pro hac vice*;

**ORDERED** that Theodore R. Scarborough, Esq. shall make payment to the New Jersey Lawyers' Fund for Client Protection as required by *L. Civ. R.* 101.1(c)(2) and Rule 1:28-2(a) of the New Jersey Rules of Court; and

_____
Judge Joseph A. Dickson, U.S.M.J.

1419534